1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                            )
UNITED STATES OF AMERICA,                   )
                                            )   Case No. MC17-0066RSL
                    Plaintiff,              )
        v.                                  )
                                            )   ORDER TO ISSUE WRIT OF
LUANN RENFROW,                              )   CONTINUING GARNISHMENT
                                            )   AND NOTICE TO DEFENDANT/
            Defendant/Judgment Debtor,      )   JUDGMENT DEBTOR
                                            )
        v.                                  )
                                            )
GREENWAY-LAKEWOOD PARTNERS                  )
L.P.,                                       )
                                            )
                    Garnishee.              )
_____)

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Luann Renfrow, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Greenway-Lakewood Partners L.P. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on July 5, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1     Dated this 7th day of July, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT    -2-