# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br> v.<br>LUANN RENFROW,<br>   Defendant,<br> and<br>GREENWAY-SOUTHLAKE OFFICE PARTNERS L.P.,<br>   Garnishee. | C17-1305 TSZ |
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br> v.<br>LUANN RENFROW,<br>   Defendant,<br> and<br>GREENWAY-LAKEWOOD PARTNERS, L.P.,<br>   Garnishee. | C17-1306 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to counsel's request, *see* Joint Notice of Related Cases (docket no. 11 in C17-1305), the following briefing schedule is hereby SET:

| | |
|---|---|
| Defendant's opening brief DUE | October 16, 2017 |
| Plaintiff's responsive brief DUE | October 23, 2017 |
| Defendant's optional reply DUE | October 27, 2017 |

MINUTE ORDER - 1

(2) The Clerk is directed to NOTE this matter for October 27, 2017, and to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of September, 2017.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2